

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | Jason Kahan | Ch. 13 |
| | | 23-11830-JEB |
| | Debtor | |

## Proceeding Memorandum and Order

**MATTER:**
#83 Expedited Motion filed by Creditor Boston Redevelopment Authority d/b/a Boston Planning & Development Agency to Compel Debtor to Comply with Court's Rule 2004 Order and Subpoenas

**Decision set forth more fully as follows:**
Hearing held on February 29, 2024. As more fully set forth on the record, the Motion is moot since the case has been dismissed.

Dated: 03/04/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge