**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Jason Kahan<br>            Debtor, | Chapter: 13<br>Case No: 23–11830<br>Judge Janet E. Bostwick |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **bankruptcy case** was entered on 3/4/24 .

Date:  3/18/24

By the Court,

Joan M. Regan
Deputy Clerk
617–748–5342

103